UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| LORI F., <br><br> Plaintiff, <br><br> v. <br><br> KILOLO KIJAKAZI, Acting Commissioner of Social Security, <br><br> Defendant. | No. SA CV 19-01322-JFW (DFM) <br><br> AMENDED JUDGMENT |

Pursuant to the Ninth Circuit's Order (Dkt. 24) in light of <u>Carr v. Saul</u>, 141 S. Ct. 1352 (2021),

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is REVERSED and this action is REMANDED for further administrative proceedings before a properly appointed Administrative Law Judge pursuant to sentence four of 42 U.S.C. § 405(g).

Date: August 16, 2021

/s/ John F. Walter
JOHN F. WALTER
United States District Judge