1   Shanny J. Lee, State Bar No. 213599
    LAW OFFICES OF HARRY J. BINDER
2   AND CHARLES E. BINDER, P.C.
3   485 Madison Avenue, Suite 501
    New York, NY 10022
4   (212)-677-6801
5   Fax (646)-273-2196
    Fedcourt@binderlawfirm.com
6

7                 UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
8

9   LORI ANETTE FITZGERALD,          )  8:19-CV-01322-JFW-DFM
                                      )
10       Plaintiff,                   )  ~~XXXXXXX~~ PROPOSED ORDER AWARDING
                                      )  ATTORNEY FEES UNDER THE
11                                    )  EQUAL ACCESS TO JUSTICE
         v.                           )  ACT, PURSUANT TO 28 U.S.C.
12                                    )  § 2412(d), AND COSTS, PURSUANT
13  COMMISSIONER OF THE SOCIAL        )  TO 28 U.S.C. § 1920
    SECURITY ADMINISTRATION,          )
14                                    )
15       Defendant.                   )
                                      )
16
    _____
17

18       Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act (EAJA) Fees and Costs, IT IS ORDERED that Plaintiff shall

20  be awarded attorney fees under the EAJA in the amount of FIVE HUNDRED

21  DOLLARS ($500.00), and costs under 28 U.S.C. § 1920, in the amount of NINE

22  HUNDRED AND FIVE DOLLARS ($905.00), subject to the terms of the above-

23  referenced Stipulation.

24

25

26  Dated:  November 16, 2021        _____
                                      Douglas F. McCormick
27                                    United States Magistrate Judge

28